IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 16-00098-01-CR-W-BP |
| | ) | |
| DAVID A. LAUVER, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On August 30, 2016, the Grand Jury returned a three count Superseding Indictment against David A. Lauver. **Count 1** charges that on or about November 2, 2015, the defendant knowingly possessed a firearm, which had been transported in interstate commerce. **Count 2** charges that on or about November 2, 2015, the defendant, knowingly and intentionally possessed a quantity of a mixture or substance containing a detectable amount of amphetamine. **Count 3** charges that on or about March 13, 2016, the defendant, knowingly and intentionally possessed a quantity of a mixture or substance containing a detectable amount of amphetamine.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
        Government: Courtney Pratten and Trey Alford
        Case Agent: Detective Frank Rorabaugh of the KCMOPD
        Defense: Ronna Holloman-Hughes

**OUTSTANDING MOTIONS**:

| 09/02/2016 | 39 | NOTICE of filing *Notice and Information of Intent to Use Prior Convictions to Enhance Punishment Pursuant to 21 U.S.C. § 851* by USA as to David A Lauver (Pratten, Courtney) (Entered: 09/02/2016) |
|---|---|---|
| 09/06/2016 | 43 | MOTION in limine by David A Lauver. Suggestions in opposition/response due by 9/23/2016 unless otherwise directed by the court. (Holloman-Hughes, Ronna) (Entered: 09/06/2016) |
| 09/06/2016 | 46 | MOTION in limine by David A Lauver. Suggestions in opposition/response due by 9/23/2016 unless otherwise directed by the court. (Holloman-Hughes, Ronna) (Entered: 09/06/2016) |

**TRIAL WITNESSES**:
      Government: 6 with stipulations; 7 without stipulations
      Defendants: 2-3 witnesses, defendant may testify although it is unlikely he will do so

**TRIAL EXHIBITS**
      Government: 8 exhibits
      Defendant: 5 exhibits

**DEFENSES**: General Denial

**POSSIBLE DISPOSITION**:
      (X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME:** 1 ½ days
      Government's case including jury selection: 1 day
      Defense case: ½ day

**STIPULATIONS**: Defendant will stipulate to the interstate nexus of the firearm and to his prior convictions.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit List**
    Government: Friday before the pretrial conference (proposed witness filed 8/30/16 and proposed exhibit list filed 9/2/16)
    Defense: Friday before the pretrial conference (both filed 9/2/2016)
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions: Noon, Wednesday, September 14, 2016.**
    **Please Note**: Jury instructions must comply with Local Rule 51.1

**TRIAL SETTING**: Criminal jury trial docket set for September 19, 2016.
    **Please note:** Defense counsel requests the first week of the docket so that her investigator can participate in another trial that may be set the second week of the docket.

**IT IS SO ORDERED.**

                                      /s/ Sarah W. Hays
                                      SARAH W. HAYS
                                      United States Magistrate Judge